UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMIE RAYMOND, formerly known as
Jamie Smith,

        Plaintiff,

    v.                                            Case No. 11-C-516

HERMAN A NEINAS,

        Defendant.

**ORDER GRANTING MOTION IN LIMINE TO EXCLUDE
SEAT BELT DEFENSE**

Plaintiff has filed a Motion in Limine to exclude evidence or mention that the seat belt defense in the above matter. Plaintiff contends that defendant has failed to name an expert to testify in support of such a defense. Absent such evidence, the plaintiff contends that the issue cannot be raised. Defendant has indicated that he has no objection to the motion and does not intend to assert it. Accordingly, the motion is granted and the defense is precluded from introducing evidence or mentioning the seat belt defense in the forthcoming trial.

**SO ORDERED** this   12th   day of April, 2012.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge